FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN -8 2015

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GEORGIA DIVISION

United States of America,
    Plaintiff,

v.  MAKDA ZEMEDU ARAYA

Case No.: 1:06-CR-260-01-WSD

Defendant,

## Request for Termination of Supervised Released Pursuant to 18 USCS 3583

COMES NOW, the above-named Defendant, in the above-styled case, acting as Pro-se without the benefit of Counsel. Defendant asks this Honorable Court to construe this motion liberally, since Defendant is without Counsel, per Haines v. Kerner, (1972) 404 U.S. 519, 30 L Ed 2d 652, 92 S Ct. 594.

Per 18 USCS 3583 (e), the Court may, after considering the factors set forth in Section 3583 (a) (1), (a) (2) (B), (a) (2) (C), (a) (2) (D), (a) (4), (a) (5), and (a) (6)...

> "(1) terminate a term of supervised released and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice;"

Defendant has completed two years of Supervised Release with good clear conduct and has completed all requirements.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GEORGIA DIVISION

United States of America,
    Plaintiff,

Case No.:   1:06-CR-260-01-WSD

v.

MAKDA ZEMEDU ARAYA

Defendant.

MAKDA ZEMEDU ARAYA

## CERTIFICATE OF SERVICE

___ Comes now the Defendant and certifies that they have served on the United States Attorneys' Office Northern District of Georgia and United States District Court Northern District of Georgia Probation Office the foregoing Motion to Request for Termination of Supervised Release Pursuant to 18 USCS 3583 by placing same in the United States Mail with proper postage thereon to the following address.

    United States Attorneys' Office

    GEORGIA NORTHERN DISTRICT
    DAVID E. McCLERNAN
    600 UNITED STATES COURTHOUSE
    75 SPRING STREET, S.W.
    ATLANTA, GEORGIA 30303

    United States District Court
    Northern District of Georgia
    Probation Office

This 6th day of January, 2015

                              Respectfully submitted,

                              Pro-se