ND/GA PROB 12D
(8/13)

## UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 0 2 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## Petition and Order to Terminate Supervised Release

Name of Offender: **Makda Araya**  Docket No. **1:06-CR-260-01-WSD**

Name of Sentencing Judicial Officer:    **Honorable William S. Duffey, Jr.**
**U. S. District Court Judge**

Date of Original Sentence: **March 8, 2007**

Original Offense: **Conspiracy to Commit Bank Fraud, 18 U. S. C. § 1349**
**Aggravated Identity Theft, 18 U. S. C. § 1028 A(a)(1) and 2**

Original Sentence: **75 month term of imprisonment, followed by five(5) years supervised release, with the following special conditions of release: the defendant shall make restitution jointly and severally with co-defendants in the amount of $296,326.44($9,400.00 paid by defendant), the defendant shall submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter as directed by the probation officer (completed), the defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction, drug and/or alcohol dependency with may include testing for detection of substance use or abuse (completed code a phone), make a full and complete disclosure of finances and submit to an audit of his financial documents, at the request of the probation officer, the defendant shall not incur new credit charges or open additional lines of credit without approval of the probation officer and unless the defendant is in compliance with a payment schedule, the defendant shall complete 100 hours of community service (completed) firearms restrictions, DNA collection, and a search condition.**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **10/21/2011**

Assistant U.S. Attorney: **Randy Chartash**    Defense Attorney: **Jerome Froelich, Jr.**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Makda Araya was sentenced before Your Honor on March 8, 2007, for Conspiracy to Commit Bank Fraud and Aggravated Identity Theft. On October 21, 2011, she was released to start her term of supervised release. Since her release, Araya has maintained a stable residence with her parents in Decatur, Georgia. She is employed as a waitress at the Daiquiri Factory. She submits timely supervision reports. All drug tests have been negative. Araya has a positive attitude toward supervision and is cooperative. Records checks have revealed no new arrests.

Araya has successfully completed three and a half years of supervision. During this supervision period, Araya wrote and published a children's book entitled Learning with Penny. She enrolled in New Horizons Medical Institute and successfully completed the course requirements to become a certified Phlebotomy Technician. She is currently enrolled in the practical nursing program at Met-Life Institute.

The outstanding restitution balance is $250,019.58 to be paid joint and several with her codefendants. Araya is required to pay $200.00 a month toward restitution and is current on her payments. She has paid a total of $9,400.00 to date. She has been instructed to continue making restitution payments if her supervision is terminated.

Araya's supervision is set to expire on October 20, 2016.

AUSA Randy Chartash advised the government would not oppose early termination of supervision.

PRAYING THAT THE COURT WILL ORDER the Supervised Release be terminated.

_____  5/29/15        _____  5/29/15
Gail Broadwater              Date        Leigh A. Knight               Date
U. S. Probation Officer                  Supervising U. S. Probation Officer

---

**THE COURT ORDERS:**

☑ Supervision Terminated

☐ Other

_____
Honorable William S. Duffey, Jr.
U. S. District Court Judge

June 1, 2015
Date